# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LEON,<br><br>       Plaintiff,<br><br>   v.<br><br>DATA CHECK OF AMERICA aka DATA CHECK OF NEVADA, LLC,<br><br>       Defendant. | Case No.  1:16-cv-00744-LJO-SAB<br><br>ORDER RE STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT DATA CHECK OF AMERICA aka DATA CHECK OF NEVADA, LLC<br><br>(ECF Nos. 9, 11) |

Pursuant to the stipulation of the parties to set aside default (ECF No. 11), IT IS HEREBY ORDERED that:

1. The entry of default on July 27, 2016, is set aside (ECF No. 9);

2. Plaintiff's first amended complaint (ECF No. 12) is the operative complaint in this matter; and

3. The scheduling conference in this matter is reset for December 5, 2016, at 3:15 p.m.

IT IS SO ORDERED.

Dated:   **October 17, 2016**

_____
UNITED STATES MAGISTRATE JUDGE